| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  Crone, Marcia A | 2. Court or Organization  U.S. District Court - E.D. TX | 3. Date of Report  3/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - active | 5. ReportType (check appropriate type)  ◯ Nomination, Date  ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  P.O. Box 1470  Beaumont, TX 77704 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Inns of Court - Michelle Mehaffy Inn (Beaumont, TX) - 2004-2005 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAR -9 A 10: 41 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Crone, Marcia A | 3/2/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | JP Morgan Chase & Co. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Jefferson County Bar Assocation | reception in Beaumont, TX, following investiture as U.S. District Judge for E.D. Tex. | $3,937 |
| 2. | Federal Bar Association - E.D. Tex. | reception in Beaumont, TX, following investiture as U.S. District Judge for E.D. Tex. | $3,040 |
| 3. | University of Houston Law Center | reception in Houston, TX, celebrating investiture as U.S. District Judge for E.D. Tex | $895 |
| 4. | Andrews & Kurth, LLP (former employer) | reception in Houston, TX, celebrating investiture as U.S. District Judge for E.D. Tex | $4,649 |
| 5. | Federal Bar Association - South Texas Chapter | contribution to Foundation of the Federal Bar Association in my honor | $250 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crone, Marcia A | 3/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Municipal Money Market Fund - Boston, MA | A | Dividend | J | T | | | | | |
| 2. Fidelity Growth & Income Fund (IRA) - Boston, MA | B | Dividend | M | T | | | | | |
| 3. Fidelity Contra Fund (IRA) - Boston, MA | A | Dividend | J | T | | | | | |
| 4. U.S. Employees Credit Union - checking & savings | A | Interest | | | closed acc't | 4/06 | J | | |
| 5. JP Morgan Chase & Co. Retirement Plan - New York, NY | D | Interest | M | T | | | | | |
| 6. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 7. Fidelity Asset Manager Growth - Boston, MA | A | Dividend | J | T | | | | | |
| 8. Fidelity Spartan Municipal Money Market Fund - Boston, MA | A | Dividend | J | T | | | | | |
| 9. Fidelity Unique College Investing Plan - Boston, MA | B | Dividend | K | T | | | | | |
| 10. Hibernia National Bank - Beaumont, TX - checking & savings | C | Interest | M | T | | | | | |
| 11. JP Morgan Chase & Co. (401k) - New York, NY | C | Dividend | M | T | | | | | |
| 12. Fidelity Investments - Rollover IRA | D | Div. & Int. | O | T | | | | | |
| 13. --- Fidelity Cash Reserves | | | | | | | | | |
| 14. --- Fidelity Equity Income | | | | | | | | | |
| 15. --- Fidelity Magellan | | | | | | | | | |
| 16. --- Fidelity Growth Companyi | | | | | | | | | |
| 17. JP Morgan Chase Bank - Houston, TX - checking | A- | Interest | J | T | opened acc't | 1/15 | J | | |
| 18. Bank One - Beaumont, TX - checking, savings | A | Interest | M | T | opened acc't | 10/13 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,000-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____3-2-05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544